THOMAS A. HEALY, Respondent, *v.* JANET T. MALCOLM, as Executrix of JAMES F. MALCOLM, Deceased, Appellant.

*Healy* v. *Malcolm*, 110 App. Div. 888, affirmed.
(Argued May 15, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*Edward W. S. Johnston* and *Edward P. Orrell* for appellant.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent : GRAY, J.